# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
Diane Adams v. The City of Freeport, et al.

Case Number: 08 C 5 0 0 4 7

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Freeport, Mayor George Gaulrapp, Freeport City Council, Freeport Police Department, Police Chief Jerry Whitmore, Officer Tom Madigan, Officer Andrew Schroeder, Officer Aaron Dykema, Officer Todd Barkalow, Officer Duane Babicz, Officer Brian Kuntzelman, Lt. Matt Summers, Lt. Jeff Davis, Detective Chris Shenberger, Officer Quincy Carter, Corporal Albert Marney and currently unknown Freeport Fire Department Paramedics

| | |
|---|---|
| NAME (Type or print) | Stephen E. Balogh |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Stephen E. Balogh |
| FIRM | WilliamsMcCarthy LLP |
| STREET ADDRESS | 120 West State Street, Suite 400 |
| CITY/STATE/ZIP | Rockford, IL 61101 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06196720 | TELEPHONE NUMBER 815/987-8900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

FILED  
MAR 2 0 2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Diane Adams v. The City of Freeport, et al. | Case Number:<br>08 C 50047 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Freeport, Mayor George Gaulrapp, Freeport City Council, Freeport Police Department, Police Chief Jerry Whitmore, Officer Tom Madigan, Officer Andrew Schroeder, Officer Aaron Dykema, Officer Todd Barkalow, Officer Duane Babicz, Officer Brian Kuntzelman, Lt. Matt Summers, Lt. Jeff Davis, Detective Chris Shenberger, Officer Quincy Carter, Corporal Albert Marney and currently unknown Freeport Fire Department Paramedics

| |
|---|
| NAME (Type or print)<br>Brendan A. Maher |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Brendan A. Maher |
| FIRM<br>WilliamsMcCarthy LLP |
| STREET ADDRESS<br>120 West State Street, Suite 400 |
| CITY/STATE/ZIP<br>Rockford, IL 61101 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06243410 | TELEPHONE NUMBER<br>815/987-8900 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

FILED
MAR 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 5 0 0 4 7 |
|---|---|
| Diane Adams v. The City of Freeport, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Freeport, Mayor George Gaulrapp, Freeport City Council, Freeport Police Department, Police Chief Jerry Whitmore, Officer Tom Madigan, Officer Andrew Schroeder, Officer Aaron Dykema, Officer Todd Barkalow, Officer Duane Babicz, Officer Brian Kuntzelman, Lt. Matt Summers, Lt. Jeff Davis, Detective Chris Shenberger, Officer Quincy Carter, Corporal Albert Marney and currently unknown Freeport Fire Department Paramedics

| NAME (Type or print) |
|---|
| Troy E. Haggestad |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Troy E. Haggestad |

| FIRM |
|---|
| WilliamsMcCarthy LLP |

| STREET ADDRESS |
|---|
| 120 West State Street, Suite 400 |

| CITY/STATE/ZIP |
|---|
| Rockford, IL 61101 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06229384 | 815/987-8900 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

FILED
MAR 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: **08 C 50047**
Diane Adams v. The City of Freeport, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Freeport, Mayor George Gaulrapp, Freeport City Council, Freeport Police Department, Police Chief Jerry Whitmore, Officer Tom Madigan, Officer Andrew Schroeder, Officer Aaron Dykema, Officer Todd Barkalow, Officer Duane Babicz, Officer Brian Kuntzelman, Lt. Matt Summers, Lt. Jeff Davis, Detective Chris Shenberger, Officer Quincy Carter, Corporal Albert Marney and currently unknown Freeport Fire Department Paramedics

| | |
|---|---|
| NAME (Type or print) <br> Carol A. Hartline | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Carol A. Hartline | **FILED** |
| FIRM <br> WilliamsMcCarthy LLP | MAR 20 2008 |
| STREET ADDRESS <br> 120 West State Street, Suite 400 | MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |
| CITY/STATE/ZIP <br> Rockford, IL  61101 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06269913 | TELEPHONE NUMBER <br> 815/987-8900 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐