IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| DIANE ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 50047 |
| | ) | |
| vs. | ) | Judge Philip G. Reinhard |
| | ) | |
| CITY OF FREEPORT, ILLINOIS, *et al.*, | ) | Magistrate Judge P. Michael Mahoney |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS**

Defendants, City of Freeport, Mayor George Gaulrapp, Freeport City Council, Freeport Police Department, Police Chief Jerry Whitmore, Officer Tom Madigan, Officer Andrew Schroeder, Officer Aaron Dykema, Officer Todd Barkalow, Officer Duane Babicz, Officer Brian Kuntzelman, Lt. Matt Summers, Lt. Jeff Davis, Detective Chris Shenberger, Officer Quincy Carter, Corporal Albert Marney and unknown Freeport Fire Department Paramedics, move this Court pursuant to Fed. R. Civ. P. 12(b)(6) for entry of an order dismissing plaintiff's complaint. In support of this motion, defendants state as follows:

1.  Plaintiff, Diane Adams, has filed a *pro se* complaint against multiple defendants, many of whom are officials and employees of the City of Freeport, arising out of the death of her son while in pre-trial custody of Stephenson County.

2.  The complaint purports to seek damages for the wrongful death of her son and alleges generally to be brought pursuant to 42 U.S.C. § 1983, and the common law of Illinois.

3.  As to both individuals and entities, the complaint is devoid of factual allegations that would support the conclusion that, even if proved true, defendants acted under color of law to deprive plaintiff (or her decedent) of any federally protected right.

-2-

4.As it currently stands, the complaint does not fairly apprise or give notice to defendants of the claims they will be called upon to defend.

For the foregoing reasons, it is respectfully requested that the Court enter an order dismissing plaintiff's complaint.

CITY OF FREEPORT, ILLINOIS, *et al.*,
Defendants

By WilliamsMcCarthyLLP


   /s/  Stephen E. Balogh
Stephen E. Balogh
Attorney for defendants,
CITY OF FREEPORT, ILLINOIS, *et al.*
WilliamsMcCarthy LLP
120 W. State St., Suite 400
P.O. Box 219
Rockford, IL  61105-0219
Telephone:  (815) 987-8946
Facsimile:  (815) 968-0019
E-mail:  sbalogh@wilmac.com

-3-

## CERTIFICATE OF LAWYER

The undersigned hereby certifies that on March 26, 2008, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have served via U.S. Mail the document to the following non-CM/ECF participant:

>Diane Adams
>P.O. Box 186
>Freeport, IL  61032

>　/s/  Stephen E. Balogh
>Stephen E. Balogh
>Attorney for defendants,
>CITY OF FREEPORT, ILLINOIS, *et al.*
>WilliamsMcCarthy LLP
>120 W. State St., Suite 400
>P.O. Box 219
>Rockford, IL  61105-0219
>Telephone:  (815) 987-8946
>Facsimile:  (815) 968-0019
>E-mail:  sbalogh@wilmac.com