**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| DIANE ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.    08 C 50047 |
| | ) | |
| CITY OF FREEPORT, ILLINOIS, *et al*., | ) | Judge Philip G. Reinhard |
| | ) | |
| Defendants. | ) | Magistrate Judge P. Michael Mahoney |

**NOTICE OF HEARING**

TO:    Diane Adams
P.O. Box 186
Freeport, IL  61032

YOU ARE HEREBY notified that on the 2nd day of April, 2008, at 1:30 o'clock P.M., or soon thereafter as Counsel may be heard, I shall appear before Magistrate Mahoney in the room usually occupied by him as a Court Room, in the Federal Building, 211 S. Court Street, Rockford, Illinois, and then and there:  Present a **Motion to Dismiss**, a copy of which is attached hereto.

At which time and place you may appear, if you so desire.

Dated:  March 26, 2008

/s/  Stephen E. Balogh
Stephen E. Balogh
Attorney for defendants,
CITY OF FREEPORT, *et al*.
WilliamsMcCarthy LLP
120 W. State St., Suite 400
P.O. Box 219
Rockford, IL  61105-0219
Telephone:  (815) 987-8946
Facsimile:  (815) 968-0019
E-mail:  sbalogh@wilmac.com

## CERTIFICATE OF LAWYER

The undersigned hereby certifies that on March 26, 2008, I electronically filed the foregoing

instrument with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have

served via U.S. Mail the document to the following non-CM/ECF participant:

Diane Adams
P.O. Box 186
Freeport, IL  61032

         /s/  Stephen E. Balogh

Stephen E. Balogh
Attorney for defendants,
CITY OF FREEPORT, ILLINOIS, *et al.*
WilliamsMcCarthy LLP
120 W. State St., Suite 400
P.O. Box 219
Rockford, IL  61105-0219
Telephone:  (815) 987-8946
Facsimile:  (815) 968-0019
E-mail:  sbalogh@wilmac.com