UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Western Division

Diane Adams
                              Plaintiff,

v.                                                 Case No.: 3:08–cv–50047
                                                    Honorable Philip G. Reinhard

The City Of Freeport, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before Judge Honorable P. Michael Mahoney: Motion hearing held on 4/2/2008 regarding motion to dismiss, [5]. Plaintiff does not appear. Defendant's Motion to dismiss [5] is entered and continued to Status hearing set for 4/16/2008 at 01:30 PM. Plaintiff or retained counsel must appear or case may be dismissed for want of prosecution. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.