# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Case Number:
DIANE ADAMS, pro se, Representative of Reginald Pendleton 08 C 50047
and on behalf in her Personal Capacity as the Mother of
Reginald, Reginald's daughter, on behalf of Reginald's son and
any other Unknown Heirs of Interest, Plaintiff,
vs.
THE CITY OF FREEPORT, et. al., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
FHN MEMORIAL HOSPITAL, DR. MICHAEL PERRY, DR. ROVINDER SINGH

| | |
|---|---|
| NAME (Type or print) | |
| Mary Linn Green | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Mary Linn Green | |
| FIRM | |
| Hinshaw & Culbertson | |
| STREET ADDRESS | |
| 100 Park Avenue | |
| CITY/STATE/ZIP | |
| Rockford | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6210885 | (815) 490-4912 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☒   APPOINTED COUNSEL ☐ | |

American LegalNet, Inc.
www.USCourtForms.com

## AFFIDAVIT OF SERVICE

The undersigned certifies that on ___4/17/08___, a copy of the foregoing was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

### Adams v. The City of Freeport, et al.

**Plaintiff – Pro Se:**
Diane Adams
P.O. Box 186
Freeport, IL 61032
(815) 291-9532

**Defendant - The City of Freeport:**
Stephen E. Balogh
Troy E. Haggestad
Carol A. Hartline
Brendan A. Maher
Williams & McCarthy
120 West State Street, Suite 400
Rockford, IL 61101
(815) 987-8900

and a copy of the foregoing was served by depositing a copy thereof, enclosed in an envelope in the United States Mail at Rockford,, Illinois, proper postage prepaid, before the hour of 5:00 P.M., addressed as above.

/s/ Janet Schindler

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 490-4900

70559076v1 887181