IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DIANE ADAMS, pro se, Representative of Reginald Pendleton and on her behalf in her Personal Capacity as the Mother of Reginald, Reginald's daughter, on behalf of Reginald's son, and any other Unknown Heirs of Interest,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF FREEPORT, a Municipal Corporation, et al, MAYOR GEORGE GAULRAPP, Corporate-head, as an Individual and in his Official Capacity as Mayor; THE FREEPORT CITY COUNCIL, in their Official Capacity as the Legislative Body of the City of Freeport; THE FREEPORT POLICE DEPARTMENT, as a subsidiary body of the City of Freeport; JERRY WHITMORE, Individually and in his Personal Capacity and in his Official Capacity as Police Chief; JOHN DOE, Individually and in his/their Personal Capacity and in his Official Capacity; JANE DOE, Individually and in her/their Personal Capacity and in his Official Capacity;<br><br>OFFICERS THAT INITIATED TRAFFIC STOP: TOM MADIGAN, Individually and in his Personal Capacity and in his Official Capacity as an Inspector; ANDREW SCHROEDER, Individually and in his Personal Capacity as an Inspector; AARON DYKEMA, Individually and in his Personal Capacity and in his Official Capacity as a Detective; JOHN DOE, SLANT Officer(s) Individually and in his/their Personal Capacity and in his Official Capacity at Traffic Stop; JANE DOE, SLANT Officer(s) Individually and in her/their Personal Capacity and in his Official Capacity at Traffic Stop;<br><br>OTHER OFFICERS ON SCENE OF TRAFFIC STOP INSPECTOR MADIGAN, INSPECTOR SCHROEDER, DETECTIVE DYKEMA, Individually and in their Personal Capacities and in their Official Capacities; TODD BARKALOW, Individually and in his Personal Capacity and in his Official Capacity as a Sergeant; JERRY PARDUS, Individually and in | No. 08 C 50047<br><br>Magistrate Judge P. Michael Mahoney |

70559159v1 887181

his Personal Capacity and in his Official )
Capacity as a Sergeant; SHAN McADAM, )
Individually and in his Personal Capacity and in )
his Official Capacity as a Sergeant; JEFF )
LILLGE, Individually and in his Personal )
Capacity and in his Official Capacity as a )
Sergeant; BOB SUTTER, Individually and in )
his Personal Capacity and in his Official )
Capacity as a Deputy; JOHN DOE, SLANT )
Officer(s) Individually and in his/their Personal )
Capacity and in his Official Capacity at the )
Traffic Stop; JANE DOE, SLANT Officer(s) )
Individually and in her/their Personal Capacity )
and in his Official Capacity at the Traffic Stop )
)
OFFICER WHO TRANSPORTED VICTIM TO )
FREEPORT POLICE DEPARTMENT: )
DUANE BABICZ, Individually and in his )
Personal Capacity and in his Official Capacity )
as a Patrolman; )
)
OFFICERS PRESENT IN BOOK ROOM: )
ANDREW SCHROEDER, Individually and in )
his Personal Capacity and in his Official )
Capacity as an Inspector; DUANE BABICZ, )
Individually and in his Personal Capacity and in )
his Official Capacity as a Patrolman; TODD )
BARKALOW, Individually and in his Personal )
Capacity and in his Official Capacity as a )
Sergeant; JOHN DOE, Individually and in )
his/their Personal Capacity and in his Official )
Capacity; JANE DOE, Individually and in )
her/their Personal Capacity and in his Official )
Capacity; )
)
OFFICER WHO RODE TO HOSPITAL IN )
AMBULANCE WITH VICTIM, REGINALD )
PENDLETON: TOM MADIGAN, Individually )
and in his Personal Capacity and in his Official )
Capacity as an Inspector; )
)
OFFICERS AT HOSPITAL - IN )
EMERGENCY ROOM: BRIAN )
KUNTZELMAN, Individually and in his )
Personal Capacity and in his Official Capacity )
as a Lieutenant; MATT SUMMERS, )
Individually and in his Personal Capacity and in )
his Official Capacity as a Detective; JOHN )
DOE, Individually and in his/their Personal )
Capacity and in his Official Capacity; JANE )
DOE, Individually and in her/their Personal )
Capacity and in his Official Capacity; )
)
OFFICERS AT HOSPITAL - OUTSIDE )

70559159v1 887181

EMERGENCY ROOM: JEFF DAVIS, )
Individually and in his Personal Capacity and in )
his Official Capacity as a Lieutenant; CHRIS )
SHENBERGER, Individually and in his )
Personal Capacity and in his Official Capacity )
as a Detective; JOHN DOE, Individually and in )
his/their Personal Capacity and in his Official )
Capacity; JANE DOE, Individually and in )
her/their Personal Capacity and in his Official )
Capacity; )
)
OFFICERS AT HOSPITAL - IN LOBBY: )
QUINCY CARTER, Individually and in his )
Personal Capacity and in his Official Capacity )
as a Sergeant; ALBERT MARNEY, )
Individually and in his Personal Capacity and in )
his Official Capacity as a Corporal; DUANE )
BABICZ, Individually and in his Personal )
Capacity and in his Official Capacity as a )
Patrolman; JOHN DOE, Individually and in )
his/their Personal Capacity and in his Official )
Capacity; JANE DOE, Individually and in )
her/their Personal Capacity an in his Official )
Capacity; )
)
FREEPORT FIRE AMBULANCE )
DRIVER/PARAMEDICS: JOHN DOE, )
Individually and in his/their Personal Capacity )
and in his Official Capacity; JANE DOE, )
Individually and in her/their Personal Capacity )
and in his Official Capacity; )

ADDITIONAL DEFENDANTS:
FHN MEMORIAL HOSPITAL, NURSES,
STAFF, AGENTS, AND CONTRACTED
SERVICE PROVIDERS, et al., DR. MICHAEL
PERRY, Individually and in his Personal
Capacity and in his Official Capacity as a
President and Chief Executive Officer; DR.
DAVID THOMPSON, Individually and in his
Personal Capacity and in his Official Capacity
as a Doctor of Osteopathy ("DO"), and Service
Provider of Specializing in Emergency
Medicine; DR. ROVINDER SINGH,
Individually and in his Personal Capacity and in
his Official Capacity as Medical Doctor, and
Rheumatologist,

            Defendants.

70559159v1 887181

## MOTION TO DISMISS

NOW COME Defendants, FHN MEMORIAL HOSPITAL, DR. MICHAEL PERRY and DR. ROVINDER SINGH, by and through their attorneys, HINSHAW & CULBERTSON LLP, and for their Motion to Dismiss, pursuant to 735 ILCS 5/2-615, 735 ILCS 5/2-619 and 5/2-622 states as follows:

Plaintiff has filed her Complaint in this matter alleging various acts and omissions on behalf of Freeport Health Network, presumably by and through Dr. Singh and Dr. Thompson.

Plaintiff's Complaint is deficient on its face as it fails to assert any allegations to state a proper cause of action for alleged medical negligence against the above named Defendants. Simply put, Plaintiff fails to identify with any specificity what acts or omissions contain the alleged negligence and fails to allege any elements of proximate cause. As such, Plaintiff's Complaint is deficient on its face as it fails to state a proper cause of action for medical negligence against these Defendants.

Further, pursuant to 735 ILCS 5/2-622 Plaintiff is required to obtain a report of a reviewing healthcare provider indicating that there exists a reasonable and meritorious cause for filing this action. No such report accompanies Plaintiff's Complaint. Failure to file said report is grounds for dismissal pursuant to 735 ILCS 5/2-619.

WHEREFORE, Defendants, FHN MEMORIAL HOSPITAL, DR. MICHAEL PERRY and DR. ROVINDER SINGH, request that this Honorable Court enter an order dismissing Plaintiff's Complaint with prejudice, and for any other relief the Court deems just.

70559159v1 887181

Dated: _____  FHN MEMORIAL HOSPITAL, DR. MICHAEL PERRY and DR. ROVINDER SINGH, Defendants,

By: HINSHAW & CULBERTSON LLP

/S/ LISA R. MUNCH
Lisa R. Munch
One of Their Attorneys

Mary Linn Green
Lisa R. Munch
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone: 815-490-4900
Fax: 815-490-4901

## **AFFIDAVIT OF SERVICE**

The undersigned certifies that on ____4/18/08____, a copy of the foregoing was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**Adams v. The City of Freeport, et al.**

**Plaintiff – Pro Se:**
Diane Adams
P.O. Box 186
Freeport, IL 61032
(815) 291-9532

**Defendant - The City of Freeport:**
Stephen E. Balogh
Troy E. Haggestad
Carol A. Hartline
Brendan A. Maher
Williams & McCarthy
120 West State Street, Suite 400
Rockford, IL 61101
(815) 987-8900

and a copy of the foregoing was served by depositing a copy thereof, enclosed in an envelope in the United States Mail at Rockford,, Illinois, proper postage prepaid, before the hour of 5:00 P.M., addressed as above.

/s/ Janet Schindler

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 490-4900

70559076v1 887181