IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

DIANE ADAMS, pro se, Representative of Reginald Pendleton and on her behalf in her Personal Capacity as the Mother of Reginald, Reginald's daughter, on behalf of Reginald's son, and any other Unknown Heirs of Interest,

  Plaintiff,

v.

THE CITY OF FREEPORT, a Municipal Corporation, et al, MAYOR GEORGE GAULRAPP, Corporate-head, as an Individual and in his Official Capacity as Mayor; THE FREEPORT CITY COUNCIL, in their Official Capacity as the Legislative Body of the City of Freeport; THE FREEPORT POLICE DEPARTMENT, as a subsidiary body of the City of Freeport; JERRY WHITMORE, Individually and in his Personal Capacity and in his Official Capacity as Police Chief; JOHN DOE, Individually and in his/their Personal Capacity and in his Official Capacity; JANE DOE, Individually and in her/their Personal Capacity and in his Official Capacity;

OFFICERS THAT INITIATED TRAFFIC STOP: TOM MADIGAN, Individually and in his Personal Capacity and in his Official Capacity as an Inspector; ANDREW SCHROEDER, Individually and in his Personal Capacity as an Inspector; AARON DYKEMA, Individually and in his Personal Capacity and in his Official Capacity as a Detective; JOHN DOE, SLANT Officer(s) Individually and in his/their Personal Capacity and in his Official Capacity at Traffic Stop; JANE DOE, SLANT Officer(s) Individually and in her/their Personal Capacity and in his Official Capacity at Traffic Stop;

OTHER OFFICERS ON SCENE OF TRAFFIC STOP INSPECTOR MADIGAN, INSPECTOR SCHROEDER, DETECTIVE DYKEMA, Individually and in their Personal Capacities and in their Official Capacities; TODD BARKALOW, Individually and in his Personal Capacity and in his Official Capacity as a Sergeant; JERRY PARDUS, Individually and in

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 08 C 50047

Magistrate Judge P. Michael Mahoney

his Personal Capacity and in his Official     )
Capacity as a Sergeant; SHAN McADAM,          )
Individually and in his Personal Capacity and in )
his Official Capacity as a Sergeant; JEFF     )
LILLGE, Individually and in his Personal      )
Capacity and in his Official Capacity as a    )
Sergeant; BOB SUTTER, Individually and in     )
his Personal Capacity and in his Official     )
Capacity as a Deputy; JOHN DOE, SLANT         )
Officer(s) Individually and in his/their Personal )
Capacity and in his Official Capacity at the  )
Traffic Stop; JANE DOE, SLANT Officer(s)      )
Individually and in her/their Personal Capacity )
and in his Official Capacity at the Traffic Stop )
                                              )
OFFICER WHO TRANSPORTED VICTIM TO             )
FREEPORT POLICE DEPARTMENT:                   )
DUANE BABICZ, Individually and in his         )
Personal Capacity and in his Official Capacity )
as a Patrolman;                               )
                                              )
OFFICERS PRESENT IN BOOK ROOM:                )
ANDREW SCHROEDER, Individually and in         )
his Personal Capacity and in his Official     )
Capacity as an Inspector; DUANE BABICZ,       )
Individually and in his Personal Capacity and in )
his Official Capacity as a Patrolman; TODD    )
BARKALOW, Individually and in his Personal    )
Capacity and in his Official Capacity as a    )
Sergeant; JOHN DOE, Individually and in       )
his/their Personal Capacity and in his Official )
Capacity; JANE DOE, Individually and in       )
her/their Personal Capacity and in his Official )
Capacity;                                     )
                                              )
OFFICER WHO RODE TO HOSPITAL IN               )
AMBULANCE WITH VICTIM, REGINALD               )
PENDLETON: TOM MADIGAN, Individually          )
and in his Personal Capacity and in his Official )
Capacity as an Inspector;                     )
                                              )
OFFICERS AT HOSPITAL - IN                     )
EMERGENCY ROOM: BRIAN                         )
KUNTZELMAN, Individually and in his           )
Personal Capacity and in his Official Capacity )
as a Lieutenant; MATT SUMMERS,                )
Individually and in his Personal Capacity and in )
his Official Capacity as a Detective; JOHN    )
DOE, Individually and in his/their Personal   )
Capacity and in his Official Capacity; JANE   )
DOE, Individually and in her/their Personal   )
Capacity and in his Official Capacity;        )
                                              )
OFFICERS AT HOSPITAL - OUTSIDE                )

70559165v1 887181

EMERGENCY ROOM: JEFF DAVIS, )
Individually and in his Personal Capacity and in )
his Official Capacity as a Lieutenant; CHRIS )
SHENBERGER, Individually and in his )
Personal Capacity and in his Official Capacity )
as a Detective; JOHN DOE, Individually and in )
his/their Personal Capacity and in his Official )
Capacity; JANE DOE, Individually and in )
her/their Personal Capacity and in his Official )
Capacity; )
)
OFFICERS AT HOSPITAL - IN LOBBY: )
QUINCY CARTER, Individually and in his )
Personal Capacity and in his Official Capacity )
as a Sergeant; ALBERT MARNEY, )
Individually and in his Personal Capacity and in )
his Official Capacity as a Corporal; DUANE )
BABICZ, Individually and in his Personal )
Capacity and in his Official Capacity as a )
Patrolman; JOHN DOE, Individually and in )
his/their Personal Capacity and in his Official )
Capacity; JANE DOE, Individually and in )
her/their Personal Capacity an in his Official )
Capacity; )
)
FREEPORT FIRE AMBULANCE )
DRIVER/PARAMEDICS: JOHN DOE, )
Individually and in his/their Personal Capacity )
and in his Official Capacity; JANE DOE, )
Individually and in her/their Personal Capacity )
and in his Official Capacity; )

ADDITIONAL DEFENDANTS:
FHN MEMORIAL HOSPITAL, NURSES,
STAFF, AGENTS, AND CONTRACTED
SERVICE PROVIDERS, et al., DR. MICHAEL
PERRY, Individually and in his Personal
Capacity and in his Official Capacity as a
President and Chief Executive Officer; DR.
DAVID THOMPSON, Individually and in his
Personal Capacity and in his Official Capacity
as a Doctor of Osteopathy ("DO"), and Service
Provider of Specializing in Emergency
Medicine; DR. ROVINDER SINGH,
Individually and in his Personal Capacity and in
his Official Capacity as  Medical Doctor, and
Rheumatologist,

             Defendants.

70559165v1 887181

## NOTICE OF PRESENTMENT

TO:　All Attorneys of Record

YOU ARE HEREBY NOTIFIED that on **May 28, 2008, at 1:30 p.m.**, or as soon thereafter as Counsel may be heard, we shall appear before Judge Mahoney presiding in the Room unusually occupied by him as a Court Room, or in his absence, before any other Judge that may be presiding in said Court Room, in the Northern District Court, Western Division, Rockford, Illinois, and then and there present:

**Motion to Dismiss,**

hereby served upon you,

At which time and place you may appear, if you so desire.

Respectfully submitted,

HINSHAW & CULBERTSON LLP


By: /s/ Lisa R. Munch
　　Mary Linn Green
　　Lisa R. Munch


Mary Linn Green
Lisa R. Munch
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

4

70559165v1 887181

## AFFIDAVIT OF SERVICE

The undersigned certifies that on _____4/18/08_____, a copy of the foregoing was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**Adams v. The City of Freeport, et al.**

| **Plaintiff – Pro Se:** | **Defendant - The City of Freeport:** |
|---|---|
| Diane Adams | Stephen E. Balogh |
| P.O. Box 186 | Troy E. Haggestad |
| Freeport, IL 61032 | Carol A. Hartline |
| (815) 291-9532 | Brendan A. Maher |
|  | Williams & McCarthy |
| Diane Adams | 120 West State Street, Suite 400 |
| 715 W. Elk | Rockford, IL 61101 |
| Freeport, IL 61032 | (815) 987-8900 |

and a copy of the foregoing was served by depositing a copy thereof, enclosed in an envelope in the United States Mail at Rockford,, Illinois, proper postage prepaid, before the hour of 5:00 P.M., addressed as above.

/s/ Janet Schindler

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 490-4900

70559076v1 887181