UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Western Division

Diane Adams
        Plaintiff,

v.               Case No.: 3:08−cv−50047
               Honorable Philip G. Reinhard

The City Of Freeport, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2008:

  MINUTE entry before the Honorable P. Michael Mahoney: Status hearing held on 5/30/2008. Amended Complaint due by 6/30/2008. Defendants'Motions to dismiss [5] [11] are entered and continued to Discovery Hearing set for 7/2/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.