IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| **Diane Adams, on behalf of the Estate of Reginald Pendleton, Deceased** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **Case No. 3:08-cv-50047** |
| | ) | |
| v. | ) | |
| | ) | |
| **The City of Freeport, et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants,** | ) | |
| | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 27th day of June, 2008, I filed Plaintiff's Motion for Extension of Time to File Plaintiff's Amended Complaint, via the ECF system, a copy of which is hereby served upon you.

                                                     Diane Adams,
                                                   Plaintiff


                                       BY /s/ Rene Hernandez___
                                           Rene Hernandez

Law Office of Rene Hernandez, P.C.
1625 East State Street
Rockford, IL 61104
Phone: (815) 387-0261
Fax: (815) 387-0264