IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **Diane Adams, on behalf of the Estate of Reginald Pendleton, Deceased** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> ) **Case No. 3:08-cv-50047** <br> ) <br> **v.** ) <br> ) <br> **The City of Freeport, et al.** ) <br> ) <br> ) <br> **Defendants,** ) <br> ) | |

## NOTICE OF MOTION

TO:   Stephen E. Balogh           Lisa R. Munch
      Williams & McCarthy         Hinshaw & Culbertson
      120 West State Street       100 Park Ave.
      Rockford, Illinois 61104    Rockford, Illinois 61104

   PLEASE TAKE NOTICE that on the 2nd day of July, 2008, at 1:30 pm, I shall appear before the Honorable Magistrate Mahoney of the Federal Courthouse located in Rockford, Illinois and present Plaintiff's Motion for Extension of Time to File Plaintiff's Amended Complaint a copy of which is hereby served upon you via the ECF system.

                                        Diane Adams,
                                        Plaintiff


                                    BY /s/ Rene Hernandez___
                                         Rene Hernandez


Law Office of Rene Hernandez, P.C.
1625 East State Street
Rockford, IL 61104
Phone: (815) 387-0261
Fax: (815) 387-0264