**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division**

Diane Adams

                            Plaintiff,

v.                                                                    Case No.: 3:08–cv–50047
                                                                      Honorable Philip G. Reinhard

The City Of Freeport, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: Discovery hearing held on 7/2/2008. Plaintiff's Motion for extension of time to file amended complaint [16] is granted. Amended Complaint due by 7/21/2008. Response due by 8/25/2008. Discovery Hearing set for 8/27/2008 at 01:30 PM. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.