IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **DIANE ADAMS, on behalf of** ) <br> **the Estate of Reginald Pendleton, Deceased** ) <br> ) <br> **Plaintiff,** ) <br> ) **Case No. 3:08-cv-50047** <br> **v.** ) <br> ) <br> **The City of Freeport, et al.** ) <br> ) <br> **Defendants.** ) | |

### ENTRY OF APPEARANCE

The Law Office of Rene Hernandez, P.C. hereby enters its appearance on behalf of Plaintiff, **DIANE ADAMS**, in the above-entitled cause.


DATED: 7/2/08                                              **DIANE ADAMS**
                                                                          **Plaintiff,**


                                                                  BY:   /s/ Rene Hernandez
                                                                          Rene Hernandez


Rene Hernandez
LAW OFFICE OF RENE HERNANDEZ, P.C.
Attorney No. 4211
1625 East State Street
Rockford, IL. 61104
Telephone: (815) 387-0261
Facsimile: (815) 387-0264