### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| **DIANE ADAMS, on behalf of** ) | |
| **the Estate of Reginald Pendleton, Deceased** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | Case No. 3:08-cv-50047 |
| ) | |
| **v.** ) | |
| ) | |
| **The City of Freeport, et al.** ) | |
| ) | |
| ) | |
| **Defendants,** ) | |
| ) | |

## MOTION FOR EXTENSION OF TIME

NOW COMES, RENE HERNANDEZ, on behalf of DIANE ADAMS, Plaintiff, and brings forth this Motion for Extension of Time pursuant to the Federal Rules of Civil Procedure and in support thereof, states as follows:

1. The Amended Complaint is to be filed by June 30, 2008.

2. Based on the need for additional necessary medical documents documenting the date in question, the Law Office of Rene Hernandez is not able to perfect the Amended Complaint by its due date.

3. In addition, the Law Office of Rene Hernandez has been hindered by the need to appoint an Administrator of the Estate of the decedent, which is in the process of being accomplished.

4. The Plaintiff is respectfully requesting 21 additional days in which to perfect her Amended Complaint and therefore reset the Plaintiff's due date for their Amended Complaint to the 21 of July of the year 2008.

5. The Plaintiff also requests to allow the Defendants an additional 21 days to respond to the Plaintiff's Amended Complaint, August 11 of the year 2008.

6. This Motion is not brought for any improper purpose and will not cause any prejudice to the Defendants.

WHEREFORE, the Plaintiff prays this Honorable Court grant her Motion for Extension allowing an additional 21 days until July 21, 2008 in which to file her Motion and allow the Defendant until August 11, 2008, to file any reply, and for any other relief that this Court deems just and proper.

    Respectfully submitted,

    Diane Adams, Plaintiff,

    BY /s/ Rene Hernandez
        Rene Hernandez

Law Office of Rene Hernandez, P.C.
1625 East State Street
Rockford, IL 61104
Phone: (815) 387-0261
Fax: (815) 387-0264