IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **DIANE ADAMS, on behalf of** the Estate of Reginald Pendleton, Deceased | ) ) ) |
| **Plaintiff,** | ) ) ) |
| | ) Case No. 3:08-cv-50047 ) |
| v. | ) ) |
| The City of Freeport, et al. | ) ) ) |
| **Defendants,** | ) ) |

**NOTICE OF MOTION**

TO:    Stephen E. Balogh                    Lisa R. Munch
        Williams & McCarthy             Hinshaw & Culbertson
        120 West State Street              100 Park Avenue
        Rockford, Illinois 61104          Rockford, Illinois 61104

       Please take notice that on the 30th of July, 2008, at 1:30 p.m., I shall appear before the Honorable Magistrate Mahoney of the Federal Courthouse located in Rockford, Illinois and present Plaintiff's Motion for Extension of Time to File Plaintiff's Amended Complaint, a copy of which is hereby served upon you via the ECF system.

                                                                 Diane Adams,
                                                                 Plaintiff


                                                              BY /s/ Rene Hernandez_____
                                                                     Rene Hernandez

Law Office of Rene Hernandez, P.C.
1625 East State Street
Rockford, Illinois 61104
Phone: 815-387-0261
Fax: 815-387-0264