IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **VISSE CHEST, as Administrator of the Estate of Reginald Pendleton, Deceased,** | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| | ) Case No. 3:08-cv-50047 |
| v. | )<br>)<br>) |
| **The City of Freeport, et al.** | )<br>)<br>) |
| **Defendants,** | )<br>) |

## NOTICE OF FILING

TO:   Stephen E. Balogh                          Lisa R. Munch
      Williams & McCarthy                        Hinshaw & Culbertson
      120 West State Street                      100 Park Avenue
      Rockford, Illinois 61104                   Rockford, Illinois 61104

    PLEASE TAKE NOTICE that on the 20th day of August, 2008, I filed Plaintiff's First Amended Complaint, via the ECF system, a copy of which is hereby served upon you.

                        Visse Chest, Administrator…
                        Plaintiff,


                        BY /s/ Rene Hernandez___
                        Rene Hernandez

Law Office of Rene Hernandez, P.C.
1625 East State Street
Rockford, IL 61104
Phone: (815) 387-0261
Fax: (815) 387-0264